IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv274

| | |
|---|---|
| KAY DIANE ANSLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Consent Motion for Extension of Time to Answer [# 8]. For good cause shown, the Court **GRANTS** the motion [# 8]. Defendant shall have until February 5, 2016, to answer or otherwise respond to the Complaint.

Signed: December 22, 2015

_____
Dennis L. Howell
United States Magistrate Judge