IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Kay Diane Ansley, Catherine "Cathy" McGaughey, Carol Ann Person, Thomas Roger Person, Kelley Penn, and Sonja Goodman,<br><br>                   Plaintiffs,<br><br>vs.<br><br>State of North Carolina,<br><br>                   Defendant,<br><br>and<br><br>Phil Berger, President Pro Tempore of the North Carolina Senate, and Tim Moore, Speaker of the North Carolina House of Representatives, on behalf of the North Carolina General Assembly,<br><br>                 Proposed Defendant-Intervenors. | Case No.: 1:15-cv-274 |

## PROPOSED DEFENDANT-INTERVENORS' MOTION TO INTERVENE

Proposed Defendant-Intervenors Phil Berger, President Pro Tempore of the North Carolina Senate, and Tim Moore, Speaker of the North Carolina House of Representatives, on behalf of the North Carolina General Assembly, respectfully move this Court for an order allowing them to intervene in this case pursuant to Fed. R. Civ. P. 24. Proposed Intervenors seek intervention of right as authorized under Rule 24(a)(2) or, in the alternative, permissive intervention as authorized under Rule 24(b)(1). Proposed Intervenors rely on the factual and legal grounds set forth in the accompanying brief.

Counsel for Proposed Intervenors contacted counsel for Plaintiffs on February 4, 2016, and learned that Plaintiffs do not consent to this Motion. Proposed Intervenors' counsel also

1

contacted counsel for Defendant on February 4, 2016, but as of the time of this filing, have not received an answer as to Defendant's position on this Motion.

As required by Fed. R. Civ. P. 24(c), Proposed Intervenors have contemporaneously filed with this Motion a responsive pleading—namely, a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b). And as required by Fed. R. Civ. P. 24(c), Proposed Intervenors have electronically served this Motion on the parties through the Court's CM/ECF filing system.

Date: February 4, 2016

Respectfully submitted,

/s/ Robert D. Potter, Jr.

| | |
|---|---|
| Robert D. Potter, Jr.<br>Attorney at Law<br>2820 Selwyn Ave., #840<br>Charlotte, NC 28209<br>(704) 552-7742<br>rdpotter@rdpotterlaw.com<br><br>John C. Eastman*<br>CENTER FOR CONSTITUTIONAL JURISPRUDENCE<br>c/o Chapman University Fowler School of Law<br>One University Dr.<br>Orange, CA 92866<br>(877) 855-3330<br>(714) 844-4817 Fax<br>jeastman@chapman.edu | James A. Campbell*<br>Kenneth J. Connelly*<br>Douglas G. Wardlow*<br>Jonathan Caleb Dalton*<br>ALLIANCE DEFENDING FREEDOM<br>15100 North 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jcampbell@ADFlegal.org<br>kconnelly@ADFlegal.org<br>dwarlow@ADFlegal.org<br>cdalton@ADFlegal.org<br><br>*Attorneys for Proposed Defendant-Intervenors*<br><br>*\*Notice of Appearance to be filed* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: February 4, 2016

/s/ Robert D. Potter, Jr.
Robert D. Potter, Jr.

3