IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:15-cv-274

| | |
|---|---|
| Kay Diane Ansley, Catherine "Cathy" McGaughey, Carol Ann Person, Thomas Roger Person, Kelley Penn, and Sonja Goodman, <br>                 Plaintiffs, <br> v. <br> State of North Carolina, <br>                 Defendant. | **Civil Case No. 1:15-cv-274** <br><br> **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> [Fed. R. Civ. P. 12(b)(1), (2) and (6)] |

Now comes Defendant, the State of North Carolina, by and through the North Carolina Attorney General and the undersigned attorneys, and respectfully moves the Court to dismiss Plaintiffs' Complaint against the State in the above-captioned matter pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6). Plaintiffs' Complaint is barred by the State's sovereign immunity pursuant to the Eleventh Amendment to the United States Constitution, the Complaint fails to state a claim upon which relief can be granted, and this Court lacks subject matter jurisdiction to adjudicate this cause of action due to Plaintiffs' lack of standing.

In support of this motion, the State relies on the factual grounds, arguments and legal authorities set forth in the accompanying brief.

Respectfully submitted, this the 5th day of February, 2016.

                                                        ROY COOPER
                                                      North Carolina Attorney General

                                                      /s/ Olga E. Vysotskaya de Brito
                                                      Ms. Olga E. Vysotskaya de Brito
                                                      Special Deputy Attorney General
                                                      North Carolina State Bar No. 31846
                                                      North Carolina Dept. of Justice

Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0185
Facsimile: (919) 716-6759
Email: ovysotskaya@ncdoj.gov


/s/ Amar Majmundar
Amar Majmundar
Special Deputy Attorney General
North Carolina State Bar No. 24668
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6821
Facsimile: (919) 716-6759
Email: amajmundar@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 5, 2016, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Olga E. Vysotskaya de Brito
Ms. Olga E. Vysotskaya de Brito
Special Deputy Attorney General
