# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:15-cv-274

| | |
|---|---|
| KAY DIANE ANSLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| BRENDA BUMGARNER, individually ) | |
| and on behalf of other similarly situated ) | |
| Jane and John Doe Magistrate Judges, ) | |
| ) | |
| Proposed Intervenor- ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Stuart D. Sloan's Application for Admission to Practice *Pro Hac Vice* of Horatio Gabriel Mihet. It appearing that Horatio Gabriel Mihet is a member in good standing with the Florida State Bar and will be appearing with Stuart D. Sloan, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Stuart D. Sloan's Application for Admission to Practice Pro Hac Vice (#15) of Horatio Gabriel Mihet is **GRANTED**, and that Horatio Gabriel Mahet is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Stuart D. Sloan.

Signed: February 9, 2016

Dennis L. Howell
United States Magistrate Judge