IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv274

| | |
|---|---|
| KAY DIANE ANSLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Consent Motion for Extension of Time to File Response [# 31]. For good cause shown, the Court **GRANTS** the motion [# 31]. Plaintiffs shall have until March 7, 2016, to respond to the Motion to Dismiss [# 20], Motion to Intervene [# 13], and Motion to Intervene [# 17]. The Court, however, notes that the issue of whether Plaintiffs must respond to the Motions to Dismiss filed by the parties seeking leave to intervene prior to the District Court allowing the parties leave to intervene in this case is not before this Court at this time.

Signed: February 17, 2016

Dennis L. Howell
United States Magistrate Judge