IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No.: 1:15-cv-274

Kay Diane Ansley, Catherine "Cathy" McGaughey, Carol Ann Person, Thomas Roger Person, Kelley Penn, and Sonja Goodman,

    Plaintiffs,

 v.

State of North Carolina,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come Plaintiffs, through counsel and pursuant to FRCP Rule 41(a)(1)(A)(i), prior to the filing of an Answer by Defendant, and voluntarily dismisses this action without prejudice.

Date: March 7, 2016    Respectfully submitted,

    **/s/ S. Luke Largess**
    N.C. Bar 17486
    llargess@tinfulton.com

    **/s/ Jacob H. Sussman**
    N.C. Bar No. 31821
    jsussman@tinfulton.com

    **/s/ John W. Gresham**
    N.C. Bar No. 6647
    jgresham@tinfulton.com
    TIN FULTON WALKER & OWEN, PLLC
    301 East Park Avenue
    Charlotte, NC 28203
    Tel: 704-338-1220
    Fax: 704-338-1312

    **/s/ Katherine Lewis Parker**

1

N.C. Bar No. 36263  
kparker@tinfulton.com  
TIN FULTON WALKER & OWEN, PLLC  
1213 Culbreth Drive  
Wilmington, NC 28405  
Tel: 910-228-5200  
Fax: 910-401-1155  

**/s/ Meghann Burke**  
N.C. Bar No. 42209  
meghann@brazilburkelaw.com  
BRAZIL & BURKE, P.A.  
77 Central Avenue, Suite E  
Asheville, NC 28801  
Tel: 828-350-3812  
Fax: 828-258-8972  

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: March 7, 2016  **/s/ S. Luke Largess**
Counsel for Plaintiffs

2